473 A.2d 676

In re Kellar.

Appeal of H. Donald Busch (at No. 790).

Appeal of Ida E. Kellar, Ruth Aron, Formerly Ruth Abrams, Carol Abrams, David Mark Abrams and Judy Kubel (at No. 791).

Petition for Allowance of Appeal
Denied Aug. 20, 1984.

Argued November 16, 1983. Karen A. VonDreusche, for appellant (at No. 790) and for appellee (at No. 791); Pamela B. Gagne, for appellants (at No. 791) and for appellees (at No. 790).

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Affirmed.